UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: Dianne E Mathys                                      Case No.  15-50641
                                                            Chapter 13
                                                            Judge HOFFMAN

Notice of new address

    Debtor now notices the Court, Trustee and other interested parties that he new address is as follows:

    620 West Oakwood Ave.
    Bucyrus OH 44820

## CERTIFICATE OF SERVICE
---------------------

    The attached notice of new address was served upon the below listed registered ECF participants, electronically through the Court's ECF System at the e-mail address registered with the Court this February 22, 2017:

Faye D. English            notices@ch13columbus.com
U S Trustee                ustpregion09.cb.efc@usdoj.gov
Brian M Gianangeli         bgianangeli@mifsudlaw.com

And on the following by ordinary mail addresses to:

Capital One Auto Finance
P.O. BOX 201347
ARLINGTON, TX 76006


    /s/ Ric Daniell
    Ric Daniell  0032072
    Attorney for Debtor
    1660 NW Professional Plaza #A
    Col., OH 43220
    (614) 459 2001
    ricdaniell@hotmail.com